467 Pa. 13 (1976)
354 A.2d 250
COMMONWEALTH of Pennsylvania
v.
O'Neal WEATHERS EL, Appellant.
Supreme Court of Pennsylvania.
Argued March 8, 1976.
Decided April 7, 1976.
John J. Dean, Lester G. Nauhaus, Pittsburgh, for appellant.
Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Charles W. Johns, Asst. Dist. Attys., Pittsburgh, for appellee.
Before JONES, C.J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION
PER CURIAM.
Judgment of sentence affirmed.